UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LUCKIN COFFEE INC. SECURITIES LITIGATION | Master File No. 1:20-cv-01677-KAM-VMS |
| | CLASS ACTION |
| This Document Relates To: | RESPONSE TO ORDER AND NOTICE REGARDING VENUE |
| ALL ACTIONS. | |

Proposed lead plaintiff Teamsters Local 710 Pension Fund (the "Pension Fund"), through its undersigned counsel, hereby respectfully submits that it does not oppose transfer of the above-captioned consolidated action pending before this Court to the Southern District of New York, where it may be subsequently consolidated with the first-filed related action *Cohen v. Luckin Coffee Inc.*, No. 1:20-cv-01293-LJL (S.D.N.Y.).

DATED:  April 23, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 23, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

            s/ DAVID A. ROSENFELD
            DAVID A. ROSENFELD

            ROBBINS GELLER RUDMAN
              & DOWD LLP
            58 South Service Road, Suite 200
            Melville, NY  11747
            Telephone:  631/367-7100
            631/367-1173 (fax)

            E-mail:  drosenfeld@rgrdlaw.com

# Mailing Information for a Case 1:20-cv-01677-KAM-VMS Sterckx v. Luckin Coffee Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Simon Abraham**
  jabraham@aftlaw.com

- **Leslie Alan Blau**
  blaulaw@gmail.com,leslie.a.blau@gmail.com

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **Jeffrey C. Block**
  jeff@blockesq.com

- **Jackson S. Davis**
  jdavis@ctswlaw.com,asalbashian@ctswlaw.com

- **Frederic S. Fox**
  ffox@kaplanfox.com

- **Richard W. Gonnello**
  rgonnello@faruqilaw.com,msullivan@faruqilaw.com,ecf@faruqilaw.com,klenahan@faruqilaw.com,dbehnke@faruqilaw.com

- **Laurence Jesse Hasson**
  lhasson@bernlieb.com,birkeland@bernlieb.com,ecf@bernlieb.com

- **J. Alexander Hood**
  ahood@pomlaw.com,tcrockett@pomlaw.com,abarbosa@pomlaw.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com

- **Christopher Joseph Keller**
  ckeller@labaton.com,5497918420@filings.docketbird.com,lpina@labaton.com,cwood@labaton.com,electroniccasefiling@labaton.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Gregory B. Linkh**
  glinkh@glancylaw.com,greglinkh@gmail.com

- **Francis P. McConville**
  fmcconville@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,kimmiller225@yahoo.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Peter G Safirstein**
  psafirstein@safirsteinmetcalf.com,emetcalf@safirsteinmetcalf.com

- **Gerald Harlan Silk**
  jerry@blbglaw.com,

- **Steven Bennett Singer**
  ssinger@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`